**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Jeremy Jagajit SOLOMON,

 *Petitioner*,

v.

LaDeon Francis, *et al*.,

 *Respondents*.

**26-cv-01967**
**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court has reviewed and considered Petitioner's Petition for a Writ of Habeas

Corpus; Notice of Motion for a Temporary Restraining Order; Memorandum of Law in

Support of the Motion; and all supporting documents. In light of the Court's Order (Dkt. No. 8)

granting the Government's request for an extension of time to respond to the Petition, the

Motion for a Temporary Restraining Order is **DENIED** as moot. The Clerk of Court is

respectfully directed to terminate the pending motion at Dkt. No. 7.

SO ORDERED.

Date:  March 18, 2026  

**ANDREW L. CARTER, JR.**
United States District Judge